■ The People of the State of New York, Respondent, v. Clarence Tyler, Appellant.—

610

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.